# EXHIBIT A

# SAFETY DATA SHEET



| Issue Date 04-Sept-2020 | Revision Date 18-Sep-2020 | Version 1 |

**Product identifier**
**Product Name**    Asphalt Rejuvenator WB - Black

**Other means of identification**
**Product Code**    X0056
**UN/ID no.**    Not regulated
**Synonyms**    None

**Recommended use of the chemical and restrictions on use**
**Recommended Use**    For Industrial Use Only.
**Uses advised against**    For Industrial Use Only

**Details of the supplier of the safety data sheet**
Manufacturer Address    FBC Chemical Corp.
P.O. Box 599
634 Route 228
Mars, Pennsylvania 16046
(724) 625-3116

**Emergency telephone number**
**Emergency Telephone**    For Hazardous Materials [or Dangerous Goods] Incident, Leak, Fire, Exposure, or Accident Call CHEMTREC Day or Night
Within USA and Canada: 1-800-424-9300 USA and Canada: +1 703-527-3887

## 2. HAZARDS IDENTIFICATION

**Classification**

**OSHA Regulatory Status**
This chemical is not considered hazardous by the 2012 OSHA Hazard Communication Standard (29 CFR 1910.1200)

| Acute toxicity - Inhalation (Dusts/Mists) | Category 2 |

**Label elements**

**Emergency Overview**

**Danger**

**Hazard statements**
NOTE: Although this product contains carbon black, the hazard occurs only if inhaled. Since the carbon black is in a bound, sealed form, the chances of this product occurring in a respirable form are unlikely.

Page   1 / 8

**Asphalt Rejuvenator WB - Black**  Revision Date 02-Sep-2020

**Precautionary Statements - Storage**
Store in a well-ventilated place. Keep container tightly closed
Store locked up

**Precautionary Statements - Disposal**
Dispose of contents/container to an approved waste disposal plant

**Hazards not otherwise classified (HNOC)**
Not applicable

**Other Information**
• May be harmful if swallowed
• May be harmful in contact with skin
Unknown acute toxicity          35% of the mixture consists of ingredient(s) of unknown toxicity

## 3. COMPOSITION/INFORMATION ON INGREDIENTS

**Substance**

| Chemical Name | CAS No. | Weight-% | Trade Secret |
|---|---|---|---|
| Modified Polymer Emulsion | Proprietary | 20 - 45% | * |
| Polyol Ester | Proprietary | 0 - 10% | * |
| Carbon Black (non-carcinogenic) | 1333-86-4 | 0 - 10% | * |

## 4. FIRST AID MEASURES

**Description of first aid measures**

**Eye contact**            Rinse thoroughly with plenty of water for at least 15 minutes, lifting lower and upper eyelids. Consult a physician.

**Skin contact**           Wash skin with soap and water.

**Inhalation**             Remove to fresh air.

**Ingestion**              Clean mouth with water and drink afterwards plenty of water.

**Most important symptoms and effects, both acute and delayed**

**Symptoms**               For Industrial Use Only.

**Indication of any immediate medical attention and special treatment needed**

**Note to physicians**     Treat symptomatically.

## 5. FIRE-FIGHTING MEASURES

**Suitable extinguishing media**
Use extinguishing measures that are appropriate to local circumstances and the surrounding environment.

  **Unsuitable extinguishing media** Caution: Use of water spray when fighting fire may be inefficient.

Asphalt Rejuvenator WB - Black                                                                                 Revision Date    02-Sep-2020
___

**Specific hazards arising from the chemical**
For Industrial Use Only.

**Explosion data**
**Sensitivity to Mechanical Impact**  None.
**Sensitivity to Static Discharge**  None.

**Protective equipment and precautions for firefighters**
As in any fire, wear self-contained breathing apparatus pressure-demand, MSHA/NIOSH (approved or equivalent) and full protective gear.

## 6. ACCIDENTAL RELEASE MEASURES

**Personal precautions, protective equipment and emergency procedures**

| | |
|---|---|
| **Personal precautions** | Ensure adequate ventilation, especially in confined areas. |

**Environmental precautions**

| | |
|---|---|
| **Environmental precautions** | See Section 12 for additional ecological information. |

**Methods and material for containment and cleaning up**

| | |
|---|---|
| **Methods for containment** | Prevent further leakage or spillage if safe to do so. |
| **Methods for cleaning up** | Pick up the absorbed material (described just above) and transfer to properly labeled containers for disposal according to local / national regulations (see Section 13). |

## 7. HANDLING AND STORAGE

**Precautions for safe handling**

| | |
|---|---|
| **Advice on safe handling** | Handle in accordance with good industrial hygiene and safety practice. |

**Conditions for safe storage, including any incompatibilities**

| | |
|---|---|
| **Storage Conditions** | Keep containers tightly closed in a dry, cool and well-ventilated place. |
| **Incompatible materials** | None known based on information supplied. |

## 8. EXPOSURE CONTROLS/PERSONAL PROTECTION

**Control parameters**

| | |
|---|---|
| **Exposure Guidelines** | This product, as supplied, does not contain any hazardous materials with occupational exposure limits established by the region-specific regulatory bodies. |

| Chemical Name | ACGIH TLV | OSHA PEL | NIOSH IDLH |
|---|---|---|---|
| Carbon Black (non-carcinogenic) 1333-86-4 | TWA: 3 mg/m$^3$ inhalable particulate matter | TWA: 3.5 mg/m$^3$ (vacated) TWA: 3.5 mg/m$^3$ | IDLH: 1750 mg/m$^3$ TWA: 3.5 mg/m$^3$ TWA: 0.1 mg/m$^3$ Carbon black in presence of Polycyclic aromatic hydrocarbons PAH |

**Appropriate engineering controls**

| | |
|---|---|
| **Engineering Controls** | Showers<br>Eyewash stations<br>Ventilation systems |

___

**Asphalt Rejuvenator WB - Black**  Revision Date 02-Sep-2020

**Individual protection measures, such as personal protective equipment**

| | |
|---|---|
| **Eye/face protection** | No special technical protective measures are necessary. |
| **Skin and body protection** | No special technical protective measures are necessary. |
| **Respiratory protection** | If exposure limits are exceeded or irritation is experienced, a NIOSH/MSHA approved respiratory protection should be worn. |
| **General Hygiene Considerations** | Handle in accordance with good industrial hygiene and safety practice. |

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**Information on basic physical and chemical properties**

| | | | |
|---|---|---|---|
| **Physical state** | Liquid | | |
| **Appearance** | Thin black liquid | **Odor** | Minimal |
| **Color** | Black | **Odor threshold** | N/A |

| Property | Values | Remarks • Method |
|---|---|---|
| pH | No information | |
| Melting point/freezing point | 32F, 0C | |
| Boiling point / boiling range | >212F, 100C | |
| Flash point | >200F | |
| Evaporation rate | No information | |
| Flammability (solid, gas) | N/A | |
| Flammability Limit in Air | | |
|   Upper flammability limit: | N/A | |
|   Lower flammability limit: | N/A | |
| Vapor pressure | No information | |
| Vapor density | No information | |
| Specific Gravity | No information | |
| Water solubility | No information | |
| Solubility in other solvents | No information | |
| Partition coefficient | No information | |
| Autoignition temperature | No information | |
| Decomposition temperature | No information | |
| Kinematic viscosity | No information | |
| Dynamic viscosity | No information | |
| Explosive properties | No information | |
| Oxidizing properties | No information | |

**Other Information**

| | |
|---|---|
| **Softening point** | No information |
| **Molecular weight** | No information |
| **VOC Content (%)** | Trace, zero |

**Asphalt Rejuvenator WB - Black**      Revision Date    02-Sep-2020

---

**Density**      For Industrial Use Only
**Bulk density**      For Industrial Use Only

## 10. STABILITY AND REACTIVITY

**Reactivity**
No data available.

**Chemical stability**
Stable under recommended storage conditions.

**Possibility of Hazardous Reactions**
None under normal processing.

**Conditions to avoid**
Extremes of temperature and direct sunlight.

**Incompatible materials**
None known based on information supplied.

**Hazardous Decomposition Products**
None known based on information supplied.

## 11. TOXICOLOGICAL INFORMATION

**Information on likely routes of exposure**

**Product Information**      No data available.

     **Inhalation**      No data available.

     **Eye contact**      No data available.

     **Skin contact**      No data available.

     **Ingestion**      No data available.

| Chemical Name | Oral LD50 | Dermal LD50 | Inhalation LC50 |
|---|---|---|---|
| Carbon Black (non-carcinogenic) 1333-86-4 | > 15400 mg/kg ( Rat ) | > 3 g/kg ( Rabbit ) | - |

**Information on toxicological effects**

     **Symptoms**      For Industrial Use Only.

**Delayed and immediate effects as well as chronic effects from short and long-term exposure**

**Sensitization**      For Industrial Use Only.
**Germ cell mutagenicity**      For Industrial Use Only.
**Carcinogenicity**      For Industrial Use Only.

| Chemical Name | ACGIH | IARC | NTP | OSHA |
|---|---|---|---|---|
| Carbon Black (non-carcinogenic) 1333-86-4 | A3 | Group 2B | - | X |

**Reproductive toxicity**      For Industrial Use Only.
**STOT - single exposure**      For Industrial Use Only.
**STOT - repeated exposure**      For Industrial Use Only.
**Aspiration hazard**      For Industrial Use Only.

---

| Asphalt Rejuvenator WB - Black | Revision Date 02-Sep-2020 |
|---|---|

### Numerical measures of toxicity - Product Information

**The following values are calculated based on chapter 3.1 of the GHS document.**

| | | |
|---|---|---|
| **ATEmix (oral)** | 4,139.30 | mg/kg |
| **ATEmix (dermal)** | 2,002.00 | mg/kg |
| **ATEmix (inhalation-dust/mist)** | 0.09 | |

## 12. ECOLOGICAL INFORMATION

### Ecotoxicity

14.75% of the mixture consists of components(s) of unknown hazards to the aquatic environment

| Chemical Name | Algae/aquatic plants | Fish | Crustacea |
|---|---|---|---|
| Carbon Black (non-carcinogenic) 1333-86-4 | - | - | 5600: 24 h Daphnia magna mg/L EC50 |

### Persistence and degradability
For Industrial Use Only.

### Bioaccumulation
For Industrial Use Only.

### Other adverse effects
For Industrial Use Only

## 13. DISPOSAL CONSIDERATIONS

### Waste treatment methods

**Disposal of wastes**  Disposal should be in accordance with applicable local, regional, national and international laws and regulations.

**Contaminated packaging**  Do not reuse container.

## 14. TRANSPORT INFORMATION

**DOT**  Not regulated.
  **UN/ID no.**  Not regulated
  **Hazard Class**
  **Packing Group**

| Asphalt Rejuvenator WB - Black | Revision Date 02-Sep-2020 |
|---|---:|

## 15. REGULATORY INFORMATION

**International Inventories**

 **Legend:**
**TSCA** - United States Toxic Substances Control Act Section 8(b) Inventory
**DSL/NDSL** - Canadian Domestic Substances List/Non-Domestic Substances List
**EINECS/ELINCS** - European Inventory of Existing Chemical Substances/European List of Notified Chemical Substances
**ENCS**   - Japan Existing and New Chemical Substances
**IECSC** - China Inventory of Existing Chemical Substances
**KECL** - Korean Existing and Evaluated Chemical Substances
**PICCS** - Philippines Inventory of Chemicals and Chemical Substances
**AICS** - Australian Inventory of Chemical Substances

**US Federal Regulations**

**SARA 313**
Section 313 of Title III of the Superfund Amendments and Reauthorization Act of 1986 (SARA). This product does not contain any chemicals which are subject to the reporting requirements of the Act and Title 40 of the Code of Federal Regulations, Part 372

**SARA 311/312 Hazard Categories**

| | |
|---|---|
| Acute health hazard | No |
| Chronic Health Hazard | No |
| Fire hazard | No |
| Sudden release of pressure hazard | No |
| Reactive Hazard | No |

**CWA (Clean Water Act)**
This product does not contain any substances regulated as pollutants pursuant to the Clean Water Act (40 CFR 122.21 and 40 CFR 122.42).

**CERCLA**
This material, as supplied, does not contain any substances regulated as hazardous substances under the Comprehensive Environmental Response Compensation and Liability Act (CERCLA) (40 CFR 302).

**US State Regulations**

**California Proposition 65**
This product does not contain any Proposition 65 chemicals

| Chemical Name | California Proposition 65 |
|---|---|
| Carbon Black (non-carcinogenic) - 1333-86-4 | Carcinogen |

**U.S. State Right-to-Know Regulations**

| Chemical Name | New Jersey | Massachusetts | Pennsylvania |
|---|---|---|---|
| Carbon Black (non-carcinogenic) 1333-86-4 | X | X | X |

**U.S. EPA Label Information**
**EPA Pesticide Registration Number** Not applicable

**Asphalt Rejuvenator WB - Black**  **Revision Date**  02-Sep-2020

___

| **16. OTHER INFORMATION, INCLUDING DATE OF PREPARATION OF THE LAST REVISION** |

| **NFPA** | **Health hazards** 0 | **Flammability** 0 | **Instability** 0 | **Physical and Chemical Properties** - |
| **HMIS** | **Health hazards** 1 | **Flammability** 0 | **Physical hazards** 0 | **Personal protection** X |

**Prepared By**  FBC Administrative Services Department
**Issue Date**  18-Sep-2020
**Revision Date**
**Revision Note**
For Industrial Use Only
**Disclaimer**
The information provided in this Safety Data Sheet is correct to the best of our knowledge, information and belief at the date of its publication. The information given is designed only as a guidance for safe handling, use, processing, storage, transportation, disposal and release and is not to be considered a warranty or quality specification. The information relates only to the specific material designated and may not be valid for such material used in combination with any other materials or in any process, unless specified in the text.

**End of Safety Data Sheet**

___