# EXHIBIT B

**From:** Dave Helm <dhelm@pavetechinc.com>
**Date:** February 12, 2025 at 8:19:39 PM CST
**To:** Mike Durante <mdurante@pavetechinc.com>
**Subject: FW: Greenway Asphalt Rejuvenation**

Mike,

Heard the texts pinging tonight.

Please see forwarded email. This is the attached sent to our customer.

He misspelled maltene 😊

---

**From:** Reutelshofer, Steve <SReutelshofer@SycamoreTownship.org>
**Sent:** Monday, December 23, 2024 10:13 AM
**To:** Dave Helm <dhelm@pavetechinc.com>
**Subject:** FW: Greenway Asphalt Rejuvenation

Dave,

Your competition.....

Have a Merry Christmas and a Hapy New Year!

<image005.jpg>

**Steve Reutelshofer**
Superintendent
**Office:** (513) 792-7258

8540 Kenwood Road
Sycamore Township, Ohio 45236

www.sycamoretownship.org

<image006.png>

<image009.jpg>

---

**From:** Ethan Mills <ethan@greenwayasphalt.com>
**Sent:** Friday, December 20, 2024 1:46 PM
**To:** Reutelshofer, Steve <SReutelshofer@SycamoreTownship.org>
**Subject:** Greenway Asphalt Rejuvenation

Hi Steve,

I have written a letter on Reclamite and our product based on our experience over the years of changing municipalities maintenance strategies away from Reclamite and why Veritas Green is the right choice. I have also attached a video of our product in use and how it looks.

We use our own patented product, Veritas Green™, to do a fog seal on all asphalt. Our product seeps into the asphalt around an inch and a quarter and alters the composition of the asphalt by adding the essential oils back into the asphalt extending the lifespan of the asphalt and restoring the asphalt to its original state. Our product is cost effective and allows us to create a plan to treat your asphalt and increase the service life 15-20 years, saving millions of dollars in repaving costs. Our product and application come with a warranty free of charge. Lastly, our process for applying the product is seamless, we are able to get all your roads/lots back in service within a few hours of applying.

Here is a video:
https://youtu.be/S2LVlffXf2w?si=ELSwejpdchB0Xy1H

Here is a sample dashboard:
https://www.arcgis.com/apps/dashboards/4f5e0882487b4d7dad2d03c6934192e1

I appreciate your time. Let me know some times into the New Year that you'd be available for 30 minutes or so to go over our processes and talk more in depth about Veritas Green.

Happy Holidays,


Ethan Mills
Chief Financial Officer, Owner
ethan@greenwayasphalt.com
513-828-7588
totalasphalt.com



<image010.png>
<MAlten Replacement and Veritas Green.pdf>

 

Steve,

I am going to provide a overview of our experiences with Reclamite and how we've helped other municipalities veer away from it and treat there roads more effectively with Veritas Green ™.

Maltene Replacement Technology (trade name Reclamite® ) is cheap. It is cheap to manufacture and cheap to apply. MRT is the most inexpensive product in its class in the U.S. It was invented in the 1950's using the technology of that era.

The concept of "MRT" as explained by the manufacturer is only partially true.

"Reclamite® is a cationic emulsion of the four maltene components of an asphalt binder. The maltenes are the volatile components which are reduced by contact with air and heat. The application of Reclamite® replaces these original components which were lost to oxidation thereby restoring the asphalt binders flexibility and durability."

Partially true, in theory, because every asphalt binder is different. So one size cannot "fit all" if replacement is what you are after. And while the MRT product does contain some of the same components as the asphaltic binder -  principally maltenes and asphaltenes,. the maltene fraction in the binder further contains saturates, aromatic, acidifins and nitrogen compounds as well. These "other" fractions are lost due to volatility and/or cross linking to form larger "asphaltene" compounds as the pavement ages. This gives greater larger "brittle" structures of asphaltenes that increasingly agglomerate – the effect of which is the stiffening, or aging. So the claim that MRT will replace all of this in aged binder is hard to conceive.

In addition, because the MRT material is of the same basic chemistry as the asphalt (petroleum) it too will begin to age and oxidate at a similar of not faster rate once it is applied to the pavement.

MRT is cheap. It is made from petroleum by products. These are the chemicals found in Reclamite® , as an example - *DISTILLATES (PETROLEUM), HYDROTREATED HEAVY NAPHTHENIC and *EXTRACTS (PETROLEUM), HEAVY NAPHTHENIC DISTILLATE SOLVENT according to the Safety Data Sheet.

Asphalt Binder is made from the sludge found at the bottom of a barrel of crude – which stiffens as it oxidizes. So by essentially applying some fresh petroleum to the aged road you will see a certain "rejuvenative" action.

It is also important to note that these chemicals are not friendly, and when applied in a close, residential setting there is an odor that permeates and damage that can be cause by over-spray to plant life.

The MRT product requires sanding after application. Why? Because it is applied at a rate of +/- 10 square yards per gallon so a great deal of material just sits on top of the pavement. To open a road to traffic in a reasonable time (for fear of skidding) and to soak up any excess material sand is typically applied and then either left on the road to dissipate with traffic or broomed away.

Veritas Green™ is costly to produce.

VG is not a petroleum derivative – instead the rejuvenator use in VG was developed in 2009 by the Kraton Corporation (KRA symbol) as a performance additive to manufacturing and recycling asphalt.

Kraton spent over $20M in developing this targeted rejuvenator that is derived from Crude Tall Oil (as opposed to crude petroleum).

The rejuvenator that VG uses exclusively is Syvaroad RP1000. RP1000 is recognized as one of the finest (if not THE finest) bio-based asphalt rejuvenator in the world. What the scientists at VG have done is develop a delivery system that allows this powerful material to be spray applied to roads and get the same performance as when it is used in asphalt plants.

Because the RP1000 is targeted and extremely powerful, VG can be applied at very low application rates – such as 40 – 50 square yards per gallon (as compared to MRT @ +/- 10 s.y per gallon)

The way that RP1000 works is to restore the physical attributes of ashalt binder back to the original or whatever point deemed necessary. By disrupting the aged asphaltene network and allowing the material to physically behave like the original material. -

Adding SP1000 will disrupt the asphaltene network and restore the physical properties back to the original allowing the asphaltic binder to flow again. In fact SR RP1000 is one of the most effective compounds to do so - hence more effect with less. SP1000 is the rejuvenator exclusively found in Veritas Green™

So how do we get such a small amount of material to work so efficiently? The answer is that VG also contains a water-based polymer that acts like a sealer. This proprietary polymer helps to:

Rapid dry times – 15 minutes to the touch, 30 minutes for traffic
No need for sanding
Prevents tracking (particularly import for HOA driveways)
Seals the pavement from water intrusion
Most importantly, allows the RP1000 to do what it was intended to do uninterrupted, allowing it to penetrate +/- one full inch into the surface of the pavement and seals the rejuvenator into the binder allowing it to continue to work.

Veritas green is costly to manufacture.

Greenway Asphalt, in partner with Total Asphalt, is celebrating its' 30th year treating the roads of HOA's and Municipalities. We have learned a great deal during these three decades about the specific needs of

municipalities both from a homeowner perspective and that of a management perspective of city roads. Veritas Green has been designed with these needs in mind.

For municipalities our recommendation is to use our "black" formulation. (there is no black MRT product) residents and people driving through towns like to "see" where their maintenance dollars are going – and while a clear product will darken the road for a time, our specially formulated black product will give you the curb-appeal that will satisfy your town residents (note that the dry times and no-tracking mentioned above apply to this product).

In order to give you that "freshly paved look, we hand-edge curbs when applying our black product. It is also important to note that our product contains NO SOLVENTS whatsoever, is water-based and non-toxic, so even if we do overspray onto plants, it will not burn the landscaping. Moreover, if it should get onto the feet of a pet, or a resident, the product washes with soap and water. The product has no odor.

Using our black or clear product will give residents, owners (real estate agents) the impression of a well tended community.

There is no treatment that is less expensive that will deliver this "intangible" value-add.

Conclusion
Greenway Asphalt is offering you treatment with our black product with a 5 year performance warranty at no charge. This means that taking core sample of your roads and sending them for analysis at a certified lab is on us.

ROI
With our 5-year performance warranty in place you are guaranteed that your roads will continue to benefit from our treatment in the 5th year – and we put our money where our mouths are. It is our contention that it would require 2 treatments of the MRT product to reach this same performance level.

Cost
We are able to save millions of dollars in road maintenance for a town like Sycamore Township, and therefore make your roads last for many more years to come.

Our product is still bio-based and we know a superior technology for rejuvenation than the 50 year-old petroleum base MRT product.

I have tried to give you a high-level overview of why we believe that the real value to your community is with Greenway Asphalt and Veritas Green.

Let me know if you have time in the beginning of the new year for us to sit down and further talk about our rejuvenation process and how we can start putting together a permanent cloud format to keep up with road maintenance.

*Ethan Mills*

Ethan Mills
Chief Financial Officer, Owner
Greenway Asphalt Rejuvenation LLC
10270 Spartan Drive, 45215