# EXHIBIT C



Request a Free Consultation | 717.846.7908 | News

OUR COMPANY  ASPHALT REJUVENATION  VERITAS GREEN  EXPERIENCE  COMMUNITIES  PROJECTS  CONTACT

# OUR STORY

## OUR JOURNEY TO EXCEPTIONAL ASPHALT SOLUTIONS

We understand that perception is everything. We recognize that your investments shape the futures of countless individuals. Balancing cost-effectiveness, unwavering quality, and sustainability is a complex task. At our core, we are your solution to the uncertainty and key to controlling costs in the ever-demanding construction industry. Our reputation is rooted in security, ease, and safety, knowing that timing is of the essence. We offer a seamless, hassle-free, and safe solution that ensures you make not just any decision but a truly exceptional one.

## A LEGACY OF INNOVATION

Total Asphalt was founded by Michael "Mike" Leaman, an entrepreneur and inventor based in York, PA. Mike was a pioneer in bringing the asphalt rejuvenation philosophy to the commercial market. Mike holds several international patents in the fields of asphalt and concrete technology.

For over 30 years, we've excelled in delivering secure, hassle-free, and cost-effective solutions. Our commitment to excellence, sustainability, and timing has earned us a stellar reputation. We exist to transcend the ordinary and achieve true excellence. Believing in the power of pavement preservation, we pave the way for thriving communities and enduring roads. Our presence spans the United States, Southeast Asia, and the Philippines, reaffirming our dedication to a more sustainable future.



Lee Road Before and After Treatment, Lee County, AL.



## VERITAS GREEN™
## YOUR SUSTAINABLE SOLUTION

With over 10 years in the making – our patented, enhanced tall oil asphalt rejuvenator is the future of asphalt maintenance. Our proprietary Total Asphalt

Document title: Our Story - Total Asphalt Rejuvenation
Capture URL: https://www.totalasphalt.com/our-story/
Capture timestamp (UTC): Tue, 21 Jan 2025 16:51:21 GMT
Page 1 of 2

pavement preservation, we pave the way for thriving communities and enduring roads across the United States, Southeast Asia, and the Philippines, reaffirming our dedication to a more sustainable future.

Lee Road Before and After Treatment, Lee County, AL.



## VERITAS GREEN™
## YOUR SUSTAINABLE SOLUTION

With over 10 years in the making – our patented, enhanced tall oil asphalt rejuvenator is the future of asphalt maintenance. Our proprietary Total Asphalt Rejuvenation product combines sustainability and cutting-edge technology, making it the environmentally friendly choice for your projects. Veritas Green™ is non-toxic, water-based, and crafted from pine trees. Its rapid drying time eliminates tracking and disruption. Plus, it contains no VOCs or solvents, ensuring a safer environment. Not only does Veritas Green™ benefit the environment, but it also saves you money by extending the service life of your asphalt pavement. Experience sustainability and advanced technology in one solution.

**LEARN MORE ABOUT VERITAS GREEN**

## SCHEDULE A FREE CONSULTATION WITH US

Together we can explore how partnering with us can lead to savings and success for your community.

**CONTACT US**

### CONTACT US

info@totalasphalt.com
Toll Free: 1.888.735.8868

**Corporate**
600 N. Hartley Street
York, PA 17404
717.846.7908

**Florida**
4366 Independence Ct.
Unit F
Sarasota, FL 34234
941.205.2195

### USEFUL LINKS

Our Company
Asphalt Rejuvenation
Veritas Green
The Experience
Projects
Contact

### STAY IN TOUCH

Email

**SEND**

### FOLLOW US

