# EXHIBIT D



# Veritas Green®: The Non-Hazardous, Eco-Friendly Asphalt Rejuvenator for Large-Scale Communities and HOAs

**Total Asphalt Rejuvenation**
186 followers

October 1, 2024

In today's world, where environmental consciousness and community welfare are paramount, Veritas Green emerges as the leading solution for large-scale communities and Homeowners' Associations (HOAs) seeking pavement maintenance. Unlike traditional, chemically-based rejuvenators, Veritas Green offers an eco-friendly, non-hazardous that ensures the longevity of asphalt pavements without compromising the health of residents or the environment.

## The Importance of Sustainable Asphalt Rejuvenation for Communities

Asphalt pavements are integral to the infrastructure of large-scale communities and HOAs, forming the basis for roads, parking lots, and recreational pathways. Over time, these pavements suffer from wear and tear due to weather, traffic, and oxidation, leading to cracks and deterioration. Traditional rejuvenation methods often employ chemical-based products that pose environmental and safety risks. These products release volatile organic compounds (VOCs) and other hazardous substances, impacting both the environment and the health of community members and maintenance personnel.

## Introducing Veritas Green

Veritas Green is formulated with a strong emphasis on sustainability and safety, making it an ideal choice for large-scale communities and HOAs. This innovative product uses natural ingredients, ensuring it is non-hazardous and environmentally friendly. By choosing Veritas Green, communities can maintain their pavements responsibly, aligning with broader sustainability goals.

## Key Benefits of Veritas Green

1. **Non-Hazardous Composition**: Veritas Green is free from harmful chemicals and VOCs, making it safe for residents, pets, and maintenance workers. Its non-toxic formulation minimizes health risks associated with traditional chemical-based rejuvenators.

2. **Eco-Friendly**: Veritas Green is a polymer-enhanced fog seal that utilizes a Tall Oil Fatty Acid (TOFA) base, a natural and renewable resource derived from coniferous pine trees.

Document title: (19) Veritas Green®: The Non-Hazardous, Eco-Friendly Asphalt Rejuvenator for Large-Scale Communities and HOAs | LinkedIn
Capture URL: https://www.linkedin.com/pulse/veritas-green-non-hazardous-eco-friendly-asphalt-tbmde/?trackingId=yEtC3hWnRauX4kLS2VUvig%3D%3D
Capture timestamp (UTC): Thu, 16 Jan 2025 18:19:53 GMT

Page 1 of 3

chemical-based rejuvenators.

2. **Eco-Friendly**: Veritas Green is a polymer-enhanced fog seal that utilizes a Tall Oil Fatty Acid (TOFA) base, a natural and renewable resource derived from coniferous pine trees.

3. **Effective Performance**: Veritas Green penetrates deep into the asphalt, restoring its original properties and extending its lifespan. This ensures that roads, parking lots, and pathways remain in excellent condition for years to come.

4. **Cost-Effective**: By extending the life of existing asphalt, Veritas Green reduces the need for frequent repaving and repairs, offering significant cost savings for HOAs and large-scale communities.

5. **Ease of Application**: Veritas Green can be easily applied using standard equipment, making it convenient for maintenance crews to integrate into their existing routines without additional training or investment.

## Why Veritas Green is Ideal for Large-Scale Communities and HOAs

Traditional asphalt rejuvenators often rely on petrochemical derivatives and solvents, which come with a range of environmental and health risks, including:

- **Chemical Exposure**: Residents and maintenance workers are at risk of skin and respiratory issues due to exposure to harmful chemicals.
- **Environmental Impact**: The release of VOCs and other pollutants during application contributes to air and water pollution, adversely affecting local ecosystems and public health.
- **Disposal Concerns**: Leftover chemical products and their containers often require special disposal methods to prevent environmental contamination.

Veritas Green eliminates these concerns with its natural formulation, providing a safe, sustainable, and effective alternative. This makes it particularly suitable for large-scale communities and HOAs that prioritize the well-being of their residents and the environment.

Veritas Green is more than just an asphalt rejuvenator; it is a commitment to sustainable community living. Its non-hazardous, eco-friendly formulation sets it apart from traditional, chemical-based competitors, offering a safer, greener, and equally effective solution for extending the life of asphalt pavements. By adopting Veritas Green, large-scale communities and HOAs can ensure their infrastructure remains robust while fostering a healthier environment for all residents.

https://www.totalasphalt.com/

Report this article





Total Asphalt Rejuvenation

+ Follow

## More articles for you



application contributes to air and water pollution, adversely affecting local ecosystems and public health.

- **Disposal Concerns**: Leftover chemical products and their containers often require special disposal methods to prevent environmental contamination.

Veritas Green eliminates these concerns with its natural formulation, providing a safe, sustainable, and effective alternative. This makes it particularly suitable for large-scale communities and HOAs that prioritize the well-being of their residents and the environment.

Veritas Green is more than just an asphalt rejuvenator; it is a commitment to sustainable community living. Its non-hazardous, eco-friendly formulation sets it apart from traditional, chemical-based competitors, offering a safer, greener, and equally effective solution for extending the life of asphalt pavements. By adopting Veritas Green, large-scale communities and HOAs can ensure their infrastructure remains robust while fostering a healthier environment for all residents.

https://www.totalasphalt.com/

Report this article



### Enjoyed this article?
Follow to never miss an update.



**Total Asphalt Rejuvenation**

 Follow

## More articles for you



**Asphalt Rejuvenation FAQs for HOAs**
Total Asphalt Rejuvenation
3



**Asphalt Rejuvenation: Breathing New Life into Pavements**
Total Asphalt Rejuvenation
9



**How Homeowners Associations (HOAs) Benefit from Asphalt Rejuvenation**
Total Asphalt Rejuvenation
5 · 1 repost

