# EXHIBIT G







